RECEIVED

JAN 17 2019

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

EDWARD A HENDERSON

Plaintiff(s),

vs.

STATE OF MN

Case No. 19-35 MJD/ECW
(To be assigned by Clerk of District Court)

### DEMAND FOR JURY TRIAL

YES ☐   NO ☒

Defendant(s).

(Enter the full name(s) of ALL defendants in
this lawsuit.  Please attach additional sheets
if necessary).

## **COMPLAINT**

PARTIES

1.  List your name, address and telephone number.  Do the same for any additional plaintiffs.

    a.  Plaintiff EDWARD A HENDERSON

    Name

    Street Address 2512 18TH AVE S

    County, City HENNZPEN, MZNNEAPOLZS

    State & Zip Code MN 55404

    Telephone Number (612) 940 3791

SCANNED
JAN 17 2019
U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

   Name STATE OF MN

   Street Address 75 REV DR MARTIN LUTHOR KING JR BLV

   County, City RAMSY, ST PAUL

   State & Zip Code MN 55155

   b. Defendant No. 2

   Name

   Street Address

   County, City

   State & Zip Code

   c. Defendant No. 3

   Name

   Street Address

   County, City

   State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:**☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction.  Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3.  What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal Question      ☐ Diversity of Citizenship

4.  If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue?  List all that apply.  TITLE 2, 14TH AMENDMENT, DUE PROCESS,

5.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?  Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name:                     State of Citizenship:

Defendant No. 1:                   State of Citizenship:

Defendant No. 2:                   State of Citizenship:

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**
**Check here if additional sheets of paper are attached.** ☐

6.  What is the basis for venue in the District of Minnesota?  *(check all that apply)*

☐ Defendant(s) reside in Minnesota   ☐ Facts alleged below primarily occurred in Minnesota
☐ Other:  explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim.  The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed.  Each paragraph must be numbered

separately, beginning with number 7.  Please write each single set of circumstances in a
separately numbered paragraph.

7.   SEE ATTACHED

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the**
**paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any,
you are seeking.

SE ATTACHED

Signed this ___   day of 1 17 2019

Signature of Plaintiff _Patches_ →

Mailing Address 2512 18TH AVSS MPLS MN 55404

Telephone Number (612)9403791

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.