UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EDWARD A. HENDERSON,

      Plaintiff,

v.                        **ORDER**
                           Civil File No. 19-135 (MJD/ECW)

STATE OF MINNESOTA,

      Defendant.

Edward A. Henderson, pro se.

Kathryn Iverson Landrum, Minnesota Attorney General's Office, Counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated December 30, 2019. Plaintiff Edward A. Henderson filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated December 30, 2019.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated December 30, 2019 [Docket No. 44].

2. Plaintiff's Motion to Amend the Complaint [Docket Nos. 24, 36] is **DENIED**.

3. Defendant's Motion to Dismiss [Docket No. 14] is **GRANTED**.

4. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

5. Plaintiff's Request for Preliminary Injunctive Relief [Docket No. 24] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 28, 2020      s/ Michael J. Davis
                              Michael J. Davis
                              United States District Court